IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **COLONY INSURANCE COMPANY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 5:11-CV-334 (CAR)** |
| **MONEY'S, INC., GEORGE WILLIS,** | : | |
| **JR., NU MONEY RECORDS AND** | : | |
| **ENTERTAINMENT, INC., DEXTER** | : | |
| **MAXWELL, JR., DEMETRIA BROWN,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## <u>ORDER ON MOTION</u>

Before the Court is Plaintiff's Motion to Lift Stay [Doc. 14].  On January 20, 2012, this Court entered an automatic stay pursuant to 11 U.S.C. § 362(a), as to Defendants George Willis, Jr., Money's Inc., Nu Money Records and Entertainment, Inc., and Demetria Brown, after receiving Plaintiff's motion and suggestion of bankruptcy with regards to Defendant George Willis.  [Doc. 13].

In the instant Motion, Plaintiff requests that this Court lift the automatic stay, pursuant to 11 U.S.C. § 362(a), as Defendant Willis' bankruptcy has been discharged. In support, Plaintiff has provided the Court with the Order discharging the

1

bankruptcy on January 10, 2012.  Additionally, Plaintiff contends that it is not seeking to obtain money from the discharged debtor Defendant, but rather seeks a declaration of the extent of coverage under an insurance policy.  After considering the facts and relevant law, Plaintiff's Motion to Lift Stay [Doc. 14] is **GRANTED**.  Accordingly, the automatic **STAY** previously entered in this matter is **LIFTED** as to Defendants George Willis, Jr., Money's Inc., Nu Money Records and Entertainment, Inc., and Demetria Brown.


　　　　**SO ORDERED,** this 5th day of April, 2012.

　　　　　　　　　　　　　　　　S/  C. Ashley Royal
　　　　　　　　　　　　　　　　C. ASHLEY ROYAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
LMH

2